IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRIS JERRY HACKBART,
FAYE A. HACKBART and
RUSSELL JAY GOULD,

       JUDGMENT IN A CIVIL CASE

   Plaintiffs,

       12-cv-687-bbc

v.

AMERICA'S WHOLESALE LENDER,
BAC HOME LOANS SERVICING, L.P. and,
COLUMBIA COUNTY CIRCUIT COURT,

   Defendants.

---

   This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

   IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_____       10/11/12
Peter Oppeneer, Clerk of Court       Date